IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOMPHOTE AHUNAI,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>THEIA GROUP, INCORPORATED,<br><br>　　　　　　　Defendant. | C.A. No. 21-cv-1182-LPS |

**PLAINTIFF SOMPHOTE AHUNAI'S MOTION FOR JUDGMENT ON THE
PLEADINGS AGAINST DEFENDANT THEIA GROUP, INCORPORATED**

　　　　Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Plaintiff Somphote Ahunai ("Plaintiff"), by and through his undersigned counsel, respectfully moves for judgment on the pleadings as to Count One of his Complaint against Defendant, THEIA Group, Incorporated ("THEIA" or "Defendant") for breach of contract, and seeks an order entering judgment in the amount of $15 million, plus default interest authorized by 6 *Del. C.* § 2301(a).  The grounds for judgment on the pleadings are set forth in Plaintiff's Opening Brief filed herewith.

Dated:  October 5, 2021

| *Of Counsel:* | ASHBY & GEDDES |
|---|---|
| Jacob M. Kaplan (admitted *pro hac vice*)<br>Graham Cronogue (admitted *pro hac vice*)<br>BAKER & MCKENZIE LLP<br>452 Fifth Avenue<br>New York, NY 10018<br>(212) 626-4100<br>jacob.kaplan@bakermckenzie.com<br>graham.cronogue@bakermckenzie.com | */s/ Catherine A. Gaul*<br>Catherine A. Gaul (#4310)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>(302) 654-1888<br>cgaul@ashbygeddes.com<br><br>*Attorneys for Plaintiff* |