# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

October 26, 2021

VIA ELECTRONIC FILING
The Honorable Leonard P. Stark
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:   *Ahunai v. THEIA Group, Inc.*, C.A. No. 21-1182-LPS

Dear Judge Stark:

      I write on behalf of Plaintiff Somphote Ahunai ("Plaintiff") regarding Plaintiff's Motion for Judgment on the Pleadings ("Motion") against Defendant THEIA Group, Incorporated ("Defendant"), which was filed with the Court and served on Defendant's counsel through CM/ECF on October 5, 2021.  *See* D.I. 7, 8.  Under Local Rule 7.1.2(b), Defendant's answering brief in opposition to the Motion was due on October 19, 2021.  *See* D. Del. LR 7.1.2(b); D.I. 8. Defendant failed to file any opposition to the Motion by October 19 and the Motion is thus unopposed.  Accordingly, Plaintiff respectfully requests that the Court enter the proposed form of order granting the Motion.

      Counsel are available at the convenience of the Court should there be any questions regarding the foregoing.

      Respectfully submitted,

      */s/ Catherine A. Gaul*

      Catherine A. Gaul (#4310)

cc:    Joseph B. Cicero, Esq. (via electronic filing)