IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOMPHOTE AHUNAI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THEIA GROUP, INCORPORATED,<br><br>　　　　　Defendant. | C.A. No. 21-CV-1182-LPS |

**NOTICE OF EXTENSION OF RECEIVERSHIP STAY THROUGH OCTOBER 15, 2022**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL FO RECORD:**

　　**PLEASE TAKE NOTICE** that on November 8, 2021, the Southern District of New York (the "Receivership Court") entered an *Order Appointing Michael Fuqua as Receiver* (Doc. No. 117) (the "Receivership Order") in the case styled *FCR Advisors, LLC v. Theia Group, Inc., d/b/a "Thorian Group" and/or "Cypherian"; Theia Aviation, LLC; and Theia Holdings A, Inc., d/b/a "Thorian Holdings,"* C.A. No. 1:21-cv-6995 (PKC) (the "Receivership Case"). A true and correct copy of the Receivership Order is attached as **Exhibit A** and is incorporated herein by reference.

　　**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Receivership Order, the Receivership Court stayed (the "Receivership Stay") any "action, proceeding, lawsuit or bankruptcy case against the Receivership Entities[1] or impacting the property and assets subject to this [Receivership] Order, including an action, proceeding or lawsuit heretofore commenced, without having first obtained leave of" the Receivership Court, for a period of 120 days following entry of the Receivership Order. Receivership Order, at ¶ 4. In addition, "[n]o person or entity, including any creditor or claimant against any of the Receivership Entities, or any person acting

---

[1] The term "Receivership Entities" is defined the Receivership Order as, collectively, Theia Group, Inc., Theia Aviation LLC, and Theia Holdings A, Inc. *See* Receivership Order, at ¶ 1.

on behalf of such creditor or claimant, shall take any action to interfere with the taking control, possession, or management of the assets" of the Receivership Entities.  *Id.*, at ¶ 5.

**PLEASE TAKE FURTHER NOTICE** that, on July 14, 2022, the Receivership Court entered an *Order* (Doc. No. 270) (the "Stay Extension Order") in the Receivership Case, pursuant to which the Receivership Court further extended the Receivership Stay through and including October 15, 2022.  A true and correct copy of the Stay Extension Order is attached as **Exhibit B** and is incorporated herein by reference.

**PLEASE TAKE FURTHER NOTICE** that one or more of the Receivership Entities is a named defendant in the above-captioned action.  Accordingly, the Receiver respectfully submits that this action has been stayed by the Receivership Order and the Stay Extension Order until at least **October 15, 2022** (pending further order of the Receivership Court).

| | |
|---|---|
| Dated: August 19, 2022<br>Wilmington, Delaware | REED SMITH LLP<br><br>By:  */s/ Jason D. Angelo*<br>Kurt F. Gwynne (No. 3951)<br>Jason D. Angelo (No. 6009)<br>1201 North Market Street, Suite 1500<br>Wilmington, DE  19801<br>Telephone:  (302) 778-7500<br>Facsimile:  (302) 778-7575<br>E-Mail:  kqwynne@reedsmith.com<br>E-mail:  jangelo@reedsmith.com<br><br>*Counsel for Michael Fuqua, in his capacity as Receiver to Theia Group, Inc., Theia Aviation LLC, and Theia Holdings A, Inc.* |