**ASHBY & GEDDES**

ATTORNEYS AND COUNSELLORS AT LAW
500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 21, 2023

**BY E-FILING**

The Honorable Stephanos Bibas
U.S. Court of Appeals
18614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

  Re: *Ahunai v. THEIA Group, Inc.*, C.A. No. 21-1182-SB

Dear Judge Bibas:

  I write on behalf of the parties in response to the Court's request for a status update. (D.I. 17). On August 29, 2023, the United States District Court for the Southern District of New York entered the attached order further extending the Receivership Stay until 14 days after the Court enters an order ruling on the merits of a motion filed by the Receiver seeking approval of the sale of substantially all of the assets of THEIA Group, Inc.

  Counsel are available at the convenience of the Court should there be any questions regarding the foregoing.

          Respectfully submitted,

          */s/ Catherine A. Gaul*

          Catherine A. Gaul (#4310)

Encls.
cc: All counsel of record (*by E-Filing*)