## ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 24, 2023

**BY E-FILING**

The Honorable Stephanos Bibas
U.S. Court of Appeals
18614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

     Re:    *Ahunai v. THEIA Group, Inc.*, C.A. No. 21-1182-SB

Dear Judge Bibas:

    I write on behalf of the parties in response to the Court's request for a status report every two months. (D.I. 19).  On October 26, 2023, the United States District Court for the Southern District of New York entered the attached order approving the sale of substantially all of the assets of THEIA Group, Inc., and the Court extended the receivership until fourteen days after the closing date. The Receiver is required to provide, within three business days of the closing of the sale, notice of the sale's closing.

    Counsel are available at the convenience of the Court should there be any questions regarding the foregoing.

                    Respectfully submitted,

                    */s/ Catherine A. Gaul*

                    Catherine A. Gaul (#4310)

cc: All counsel of record (*by E-Filing*)