

Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801-1163
+1 302 778 7500
Fax +1 302 778 7575
reedsmith.com

**Jason D. Angelo**
Direct Phone:  +1 302 778 7570
Email:  jangelo@reedsmith.com

November 27, 2023

**VIA CM/ECF**

Honorable Stephanos Bibas
United States Court of Appeals
18614 United States Courthouse
601 Market Street
Philadelphia, PA  19106

RE:   Status Report for *Ahunai v. THEIA Group, Inc.*, C.A. No. 21-1182-SB
       United States District Court for the District of Delaware

Dear Judge Bibas:

  Reed Smith LLP represents Michael Fuqua, as court-appointed receiver (the "Receiver")[1] for Theia Group, Inc. ("TGI"), Theia Aviation LLC ("Theia Aviation"), and Theia Holdings A, Inc. ("Theia Holdings," and collectively with TGI and Theia Aviation, the "Receivership Entities").  In accordance with Your Honor's September 22, 2023 *Oral Order* (D.I. 19) (the "Status Report Order"), I write to provide an update on the Receiver's sale of the Receivership Entities' assets.

  On October 26, 2023, the Receivership Court entered an *Order (I) Approving the Sale of the Receivership Entities' Assets, Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests, and (II) Granting Related Relief* (D.I. 411) (the "Sale Order"), a true and correct copy of which is attached as **Exhibit A** hereto, whereby the Receivership Court approved the sale of substantially all assets of the Receivership Entities.  Pursuant to paragraph 21 of the Sale Order, the Receivership Court extended the Receivership Stay provided for in paragraph 4 of the Receivership Order "until fourteen (14) days after the later of the Closing Date or governmental approval of the transfers of the FCC License and the NOAA License to the Buyer."  As of the date hereof, (i) the Closing Date has not occurred and (ii) governmental approval of the license transfers has not been obtained.  Accordingly, the Receivership Stay remains in place.

  In accordance with Your Honor's Status Report Order, we will provide an updated status report within one (1) week of the termination of the Receivership Stay.

---

[1]   On November 8, 2021, the United States District Court for the Southern District of New York (the "Receivership Court") entered an *Order Appointing Michael Fuqua as Receiver* (Doc. 117) (the "Receivership Order").

Hon. Stephanos Bibas
November 27, 2023
Page 2

   I am available at Your Honor's convenience should the Court have any questions.

Respectfully submitted,

*/s/ Jason D. Angelo*

Jason D. Angelo (DE No. 6009)

JDA:lw

Encls.

cc: All counsel of record (via CM/ECF)