# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 21, 2024

**BY E-FILING**

The Honorable Stephanos Bibas
U.S. Court of Appeals
18614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    *Ahunai v. THEIA Group, Inc.*, C.A. No. 21-1182-SB

Dear Judge Bibas:

    I write on behalf of the parties in response to the Court's request for a status report every two months. (D.I. 19). There has been no change since our last update to the status of the receivership pending in the United States District Court for the Southern District of New York. The Receiver has not yet provided notice of the closing of the sale such that the stay of this action remains effective.

    Counsel are available at the convenience of the Court should there be any questions regarding the foregoing.

    Respectfully submitted,

    */s/ Catherine A. Gaul*

    Catherine A. Gaul (#4310)

cc: All counsel of record (*by E-Filing*)