# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 24, 2025

**BY E-FILING**

The Honorable Stephanos Bibas
U.S. Court of Appeals
18614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *Ahunai v. THEIA Group, Inc.*, C.A. No. 21-1182-SB

Dear Judge Bibas:

I write on behalf of the parties in response to the Court's request for a status report every two months regarding the status of the receivership pending in the United States District Court for the Southern District of New York. (D.I. 19). On May 5, 2025, Judge Castel entered the following minute order in the receivership proceeding, which indicates that the receivership will terminated on July 31, 2025 unless certain events occur:

> ORDER: The time for LTS's assignee to identify any documents or instruments it reasonably deems necessary or desirable has passed. Unless the Receiver is able to cite to a provision of the Sale Order that conditions the sale of assets upon the actual grant of FCC and NOAA Licenses to LTS's assignee, the Court sees no reason to continue the Receivership beyond July 31, 2025. If the assignee of LTS is unable to meet the regulatory requirements of the FCC or NOAA for reasons unique to the assignee, the Receiver should explain how this becomes the problem of the Receivership Estate and what would be the Receiver's remedies in that event. Unless otherwise ordered, the Receivership terminates on July 31, 2025. (AS FURTHER SET FORTH IN THIS ORDER.) SO ORDERED. (Signed by Judge P. Kevin Castel on 5/5/2025) (vfr) (Entered: 05/05/2025)

In addition, on July 21, 2025, the Receiver filed a motion stating that the "buyer" for the Receivership Estate has not provided payment for the assumed liabilities in a timely manner and that, despite sending a demand letter asking for payment, the Receiver has not yet received payment. The Receiver's motion, which is attached, asks the Court to enforce the Sale Order and Asset Purchase Agreement and to compel performance by the Buyer, which, here, is to pay

The Honorable Stephanos Bibas
July 24, 2025
Page 2

the assumed liabilities for the costs and expenses of the Receivership Estate.  The Court has not yet ruled on the motion.

      Counsel are available at the convenience of the Court should there be any questions regarding the foregoing.

                                                                       Respectfully submitted,

                                                                       */s/ Catherine A. Gaul*

                                                                       Catherine A. Gaul (#4310)

cc: All counsel of record (*by E-Filing*)