# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

August 7, 2025

**BY E-FILING**

The Honorable Stephanos Bibas
U.S. Court of Appeals
18614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    *Ahunai v. THEIA Group, Inc.*, C.A. No. 21-1182-SB

Dear Judge Bibas:

      I write on behalf of Plaintiff Somphote Ahunai per the Court's instruction to provide a status report within one week of the termination of the receivership pending in the United States District Court for the Southern District of New York. (D.I. 19). As noted in the July 24 status update, Judge Castel entered the following minute order on May 5, 2025 in the receivership proceeding, which indicated that the receivership would terminate on July 31, 2025 unless certain events occurred:

> ORDER: The time for LTS's assignee to identify any documents or instruments it reasonably deems necessary or desirable has passed. Unless the Receiver is able to cite to a provision of the Sale Order that conditions the sale of assets upon the actual grant of FCC and NOAA Licenses to LTS's assignee, the Court sees no reason to continue the Receivership beyond July 31, 2025. If the assignee of LTS is unable to meet the regulatory requirements of the FCC or NOAA for reasons unique to the assignee, the Receiver should explain how this becomes the problem of the Receivership Estate and what would be the Receiver's remedies in that event. Unless otherwise ordered, the Receivership terminates on July 31, 2025. (AS FURTHER SET FORTH IN THIS ORDER.) SO ORDERED. (Signed by Judge P. Kevin Castel on 5/5/2025) (vfr) (Entered: 05/05/2025)

      On July 21, 2025, the Receiver filed a motion to enforce the Sale Order and Asset Purchase Agreement, and to compel performance by the buyer to pay the assumed liabilities for the costs and expenses of the Receivership Estate. On July 29, 2025, Judge Castel granted the Receiver's motion. A copy of the Court's order is attached hereto as Exhibit A.

The Honorable Stephanos Bibas
August 7, 2025
Page 2

On August 4, 2025, the Receiver filed a letter indicating that the buyer had not performed under the agreement as ordered and sought to have the Court issue an order to show cause, among other things. That same day, Judge Castel entered an order directing the Receiver to submit a proposed Order to Show Cause and file a brief in support by such relief by August 8. Any answering brief is due August 19 with any reply filed by August 27. A hearing on the proposed Order to Show Cause is scheduled for September 4, 2025. A copy of the Court's order is attached hereto as Exhibit B.

Although a hearing on the Order Show Cause is scheduled for September 4, Judge Castel has not yet entered any order extending the receivership such that it appears the receivership terminated on July 31, 2025 by the terms of the May 5 order.

Plaintiff's view is that there is no longer a stay of this proceeding given that the receivership has terminated. Accordingly, Plaintiff respectfully requests that the Court reinstate the process under the Court's November 9, 2021 order, which gave Defendant eight days to show cause as to why Plaintiff's "seemingly-unopposed motion for judgment on the pleadings should not be granted." (D.I. 10.) The effects of that order were stayed when the notice of receivership was filed three days later on November 12, 2021. (D.I. 11.)

Plaintiff provided a draft of this status report to Defendant's counsel on the morning August 7. Defendant's counsel indicated that Defendant would need additional time to provide any comments. In light of the Court's order to provide a status update within one week of the receivership terminating, Plaintiff wanted to ensure a status update was filed within the Court's deadline. We will meet and confer with Defendant's counsel next week and file any updates by next Friday, August 15, 2025.

Counsel are available at the convenience of the Court should there be any questions regarding the foregoing.

Respectfully submitted,

*/s/ Catherine A. Gaul*

Catherine A. Gaul (#4310)

cc: All counsel of record (*by E-Filing*)