# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

August 15, 2025

**BY E-FILING**

The Honorable Stephanos Bibas
U.S. Court of Appeals
18614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    *Ahunai v. THEIA Group, Inc.*, C.A. No. 21-1182-SB

Dear Judge Bibas:

    I write on behalf of Plaintiff Somphote Ahunai ("Plaintiff") to follow up on our August 7, 2025 status update. (D.I. 32). We met with counsel for Defendant THEIA Group, Inc. ("Defendant") who indicated that he has been unable to reach his client through any of his previously used contacts. Accordingly, we understand that Defendant's counsel intends to file a motion to withdraw for the Court's consideration.

    Plaintiff maintains his position from the August 7 status update that there is no longer a stay of this proceeding and it would be appropriate to renew the order to Defendant to show cause why judgment on the pleadings should not be granted to Plaintiff.

    Counsel are available at the convenience of the Court should there be any questions regarding the foregoing.

    Respectfully submitted,

    */s/ Catherine A. Gaul*

    Catherine A. Gaul (#4310)

cc: All counsel of record (*by E-Filing*)