# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 19, 2025

**BY E-FILING**

The Honorable Stephanos Bibas
U.S. Court of Appeals
18614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    *Ahunai v. THEIA Group, Inc.*, C.A. No. 21-1182-SB

Dear Judge Bibas:

    I write on behalf of the parties in response to the Court's September 2, 2025 order requesting a status update regarding the receivership pending in the United States District Court for the Southern District of New York and the receiver's pending motion for contempt. (D.I. 36). The hearing on the receiver's motion for contempt was rescheduled from September 18, 2025 to September 30, 2025. Per this Court's order, the parties will provide a further status update on October 3, 2025regarding the status of the receivership and the receiver's motion for contempt.

    Counsel are available at the convenience of the Court should there be any questions regarding the foregoing.

                                  Respectfully submitted,

                                  */s/ Catherine A. Gaul*

                                  Catherine A. Gaul (#4310)

cc: All counsel of record (*by E-Filing*)