# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW
500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

October 3, 2025

**BY E-FILING**

The Honorable Stephanos Bibas
U.S. Court of Appeals
18614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

  Re: *Ahunai v. THEIA Group, Inc.*, C.A. No. 21-1182-SB

Dear Judge Bibas:

  I write on behalf of the parties in response to the Court's September 2, 2025 order requesting a status update regarding the receivership pending in the United States District Court for the Southern District of New York and the receiver's motion for contempt. D.I. 36. The hearing on the receiver's motion for contempt was held on September 30, 2025. According to a minute entry on the docket in the receivership proceeding, Judge Castel denied the receiver's motion. *See FCS Advisors, LLC v. THEIA Group, Inc.*, No. 1:21-cv-06995-PKC (S.D.N.Y. Sept. 30, 2025).

  Counsel are available at the convenience of the Court should there be any questions regarding the foregoing.

           Respectfully submitted,

           */s/ Catherine A. Gaul*

           Catherine A. Gaul (#4310)

cc: All counsel of record (*by E-Filing*)