IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Somphote Ahunai

    *Plaintiff*,

    v.

THEIA Group, Incorporated,

    *Defendant*.

No. 1:21-cv-01182-SB

### ORDER LIFTING STAY AND RENEWING SHOW CAUSE ORDER

On September 2, 2025, I ordered that this case remain stayed pending Judge Castel's resolution of the receiver's contempt motion in *FCS Advisors, LLC v. Theia Group., Inc. See* D.I. 36; *see also* D.I. 518, No. 1:21-cv-06995-PKC (S.D.N.Y. Aug. 8, 2025). Judge Castel denied the motion following a hearing on September 30, 2025. *See* Sep. 30, 2025 Minute Entry, *FCS Advisors*.

As a result, two things now seem to be true. *First*, the receivership appears to have terminated. On May 5, 2025, Judge Castel entered a minute order stating that the receivership would terminate "on July 31, 2025" "[u]nless otherwise ordered." *See* D.I. 496, *FCS Advisors*. Judge Castel has not extended the receivership, even as the parties briefed the receiver's contempt motion. *Second*, given the resolution of the contempt motion, there are no outstanding motions in *FCS Advisors* pertaining to the receivership besides a motion by the receiver's counsel for reimbursement of fees. *See* D.I. 530, *FCS Advisors*.

Given those developments, I **LIFT** the stay of this case. The parties need not file further status updates regarding the *FCS Advisors* litigation. I also **RENEW** Judge Stark's minute order of November 9, 2021 directing THEIA to show cause why Ahunai's "seemingly-unopposed motion for judgment on the pleadings (D.I. 7) should not be granted." THEIA shall file a response by **Monday, October 13, 2025**. If THEIA fails to timely respond and show cause, I will grant Ahunai's motion.

Dated: October 6, 2025

                                                              UNITED STATES CIRCUIT JUDGE