**CHIPMAN BROWN CICERO & COLE**

DELAWARE | NEW YORK

CHIPMAN BROWN CICERO & COLE, LLP
HERCULES PLAZA
1313 N. MARKET STREET, SUITE 5400
WILMINGTON, DELAWARE 19801
WWW.CHIPMANBROWN.COM

JOSEPH B. CICERO
(302) 468-4592
CICERO@CHIPMANBROWN.COM

October 13, 2025

**VIA CM/ECF**

The Honorable Stephanos Bibas
U.S. Court of Appeals
Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *Somphote Ahunai v. THEIA Group, Incorporated*,
C.A. No. 1:21-cv-01182-SB

Dear Judge Bibas:

As set forth in our motions to withdraw, which the Court has denied without prejudice, we have been unable to communicate with any person at Defendant THEIA Group, Incorporated ("THEIA"). Our emails continue to "bounce-back" when sent to each known contact at THEIA. In addition, we have delivered the following pleadings to THEIA's registered agent on September 2, 2025, September 18, 2025, and October 7, 2025, respectively, to no avail:

1. Motion for Leave to Withdraw as Counsel and [Proposed] Order [D.I. 34];
2. Order Denying Motion to Withdraw as Counsel Without Prejudice [D.I. 35];
3. Order Extending Stay and Directing Parties to File Status Updates [D.I. 36];
4. Motion for Leave to Withdraw as Counsel and [Proposed] Order [D.I. 37];
5. Order Denying Motion to Withdraw as Counsel Without Prejudice [D.I. 38]; and
6. Order Lifting Stay and Renewing Show Cause Order [D.I. 41].

(*See* attached Exhibits A-C). In light of this, we are unable to substantively respond to the Court's Order to Show Cause why Plaintiff's motion for judgement on the pleadings should not be granted. We have had no communication with THEIA since October 2021.

The Honorable Stephanos Bibas
October 13, 2025
Page 2

Counsel is available at the Court's convenience should Your Honor have any questions.

Respectfully,

*/s/ Joseph B. Cicero*

Joseph B. Cicero (No. 4388)

JBC:kcs

Enclosures

cc: Clerk
All Counsel of Record
(all w/encls.; via CM/ECF)

4924-0413-0930, v. 1