IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SOMPHOTE AHUNAI,

    *Plaintiff,*

v.

THEIA GROUP, INC.,

    *Defendant.*

No. 1:21-cv-1182-SB

## **FINAL JUDGMENT**

Following my order [D.I. 43] granting plaintiff Somphote Ahunai's uncontested motion for judgment on the pleadings [D.I. 7], judgment is hereby entered as follows:

1. Judgment is entered in **FAVOR** of plaintiff Somphote Ahunai against defendant THEIA Group, Inc. on Ahunai's breach-of-contract claim.

2. Defendant THEIA Group, Inc. is **ORDERED** to pay plaintiff Somphote Ahunai damages in the amount of **$15,000,000**.

3. Defendant THEIA Group, Inc. is **ORDERED** to pay plaintiff Somphote Ahunai default interest at the rate of 5.25% (the Federal Reserve Discount Rate on the date payment was due, plus 5%) accruing from February 11, 2021 until the date of payment.

4. The Clerk of Court is directed to **CLOSE** this case.

This is a final judgment which disposes of all claims and counterclaims against all parties in this case. All relief requested in this case but not expressly granted herein or in previous orders of this Court is hereby **DENIED**.

Dated: October 15, 2025

_____
UNITED STATES CIRCUIT JUDGE